UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61571-CIV-COHN

RICARDO ODIN GONZALEZ,

Magistrate Judge Snow

     Plaintiff,

vs.

MACY'S/DSNB f/k/a BURDINES/FDSB,
EQUIFAX INFORMATION SERVICES, L.L.C.,
EXPERIAN INFORMATION SOLUTIONS, INC.
and TRANS UNION, L.L.C.,

     Defendants.

_____/

## ORDER GRANTING STIPULATION TO SUBSTITUTE COUNSEL

_____THIS CAUSE is before the Court upon the Stipulation for Substitution of Defense

Counsel [DE 32].   Accordingly, it is **ORDERED AND ADJUDGED** that the Stipulation

for Substitution of Defense Counsel [DE 32] is hereby **GRANTED** as follows:

1) Attorney Maria H. Ruiz, Esq. and the firm of Clarke, Silvergate & Campbell, P.A. are

hereby terminated as counsel of record for Defendant Equifax Information Services,

LLC, and relieved from further responsibility in this action;

2) Attorney Mark R. King of the firm Miller, Hamilton, Snider & Odom, LLC, is hereby

substituted as counsel for Equifax.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 1st day of February, 2007.

JAMES I. COHN
United States District Judge

copies to:

all counsel of record